# United States Bankruptcy Court
## District Of **MICHIGAN**

IN RE.   **Morgan, Nancy**

      Debtor(s).                                         Case No. _____

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: 7/23/09

_____
Debtor

_____
Joint Debtor

[FILED 2009 JUL 28 AM 10:13 U.S. BANKRUPTCY COURT WESTERN DIST. OF MICH.]

At&t Uverse
Po Box 5014
Carol Stream IL 60197-5014


Bank Of America
Po Box 650070
Dallas TX 75265-0070


Billmelater
Po Box 105658
Atlanta GA 30348


Biotech Clinical
Laboratory
24669 Indoplex Circle
Farmington Hills MI
48335-2527


Capitalone
Po Box 6492
Carol Stream IL 60197-6492


Capitalone
Po Box 6492
Carol Stream IL 60197-6492


Chase Cardmember Service
United Collection Bureau
Po Box 1418
Maumee OH 43537


Chase Cardmember Service
United Collection Bureau
Po Box 1418
Maumee OH 43537

Chase Cardmember Service
Mann Bracken Llp
Po Box 3208
Huntersville NC 28070

Chase Cardmember Services
Po Box 15548
Wilmington DE 19886-5548

Chase Cardmember Services
Po Box 15548
Wilmington DE 19886-5548

Chase Cardmember Services
Po Box 15548
Wilmington DE 19886-5548

Chase Cardmember Services
Po Box 15548
Wilmington DE 19886-5548

Chase Cardmember Services
Po Box 15548
Wilmington DE 19886-5548

Citi Cards
Po Box 688903
Des Moines IA 50368-8903

Citibank
100 Citibank Drive
San Antonio TX 78245

Clerk Of Courts
429 North Michigan St.
Toledo OH 43604


Columbia Gas Of Ohio
Po Box 742510
Cincinnati OH 45274-2510


Dish Network
Dept. 0063
Palantine IL 60055-0063


Hsbc Card Services
Po Box 5222
Carol Stream IL 60197-5222


Hsbc Credit Card
Union Plus Credit Card
Po Box 60102
City Of Industry CA
91716-0102


Hsbc Retail Services
Po Box 5238
Carol Stream IL 60197-5238


Key Bank
3360 Stickney Ave
Toledo OH 43608


Mqc Collection Services
Po Box 140700
Toledo OH 43614

Paypal Plus
Po Box 960080
Orlando FL 32896-0080


Rocky River Urgent Care
19895 Detroit Rd.
Rocky River OH 44116


Treasurer Of Lucas County
One Government Center #500
Toledo OH 43607-2253


Valley First Credit Union
Po Box 1411
Modesto CA 95353-1411


Valleybrook Clinic Inc.
2526 N. Reynolds Rd.
Toledo OH 43615


West Asset Management
Po Box 790113
St. Louis MO 63179-0113


Zwicker & Associates, P.c.
Po Box 101145
Birmingham AL 35210-6145